## WILLIAMS v. MIMS

No. 277P99

Case below: 133 N.C.App. 349

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

### PETITIONS TO REHEAR

## PROGRESSIVE AMERICAN INS. CO. v. VASQUEZ

No. 286PA98

Case below: 350 N.C. 386

Petition by defendant (Faison) to rehear pursuant to Rule 31 denied 19 August 1999.

## STATE v. GREEN

No. 385A84-5

Case below: 350 N.C.App. 400

Motion by defendant for reconsideration of decision dismissed 22 July 1999.

## STATE ex rel. COMM'R OF INS. v. N.C. RATE BUREAU

No. 307A98

Case below: 350 N.C. 539

Petition by appellant to rehear pursuant to Rule 31 denied 22 July 1999.